DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J & H REAL ESTATE MANAGEMENT, LLC,**
a limited liability company,
v.

**ILA WEINER** n/k/a **ILA LERNER, HILTON WIENER, JOSEPH ULTIMO,**
Trustee, **DAVID RAHIMI,** Trustee and **GREENWICH CAPITAL,** a Nevada
corporation,
Appellees.

No. 4D17-572

[March 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 502010-DR009006-XXXXSB-FX.

Eric Ash of Eric Ash, P.A., West Palm Beach, for appellant.

Jeanne C. Brady of Brady & Brady, P.A., Boca Raton and Holly D. Schuttler of Schuttler & Greenberg, LLC, Boca Raton, for appellee, Ila Wiener n/k/a Ila Lerner.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***